## (June 10, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK v. MOE ANSWAKS.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

### (Republished.)

JAMES TALCOTT, INC., Respondent, v. ARNOLD SCHILDHAUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the bill of particulars to be served shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See *ante,* p. 1029.]